# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 13, 2006

Clifford W. Taylor,
Chief Justice

129206

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

GREGORY HAYNES,
       Plaintiff-Appellant,

v

MICHAEL J. NESHEWAT, ROBERT J.
MURRAY, and BRIAN PELTZ,
       Defendants,

and

OAKWOOD HEALTHCARE, INC., and
OAKWOOD HOSPITAL-SEAWAY CENTER,
       Defendants-Appellees.

SC: 129206
COA: 249848
Wayne CC: 01-137330-NO

_____/

On order of the Court, the application for leave to appeal the June 23, 2005 judgment of the Court of Appeals is considered, and it is GRANTED.

The Michigan Department of Civil Rights and the Michigan Civil Rights Commission are invited to file briefs amicus curiae. Other persons or groups interested in the determination of the question presented in this case may move the Court for permission to file briefs amicus curiae.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 13, 2006

_____
Clerk

s0110